Local Form 1007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Deanna R. Andrews　　　　　　　　　　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 20-21089
　　　　　　Debtor(s).

**PAYMENT ADVICE COVER SHEET**

*Please check the appropriate box*

**For Debtor:**

[✔] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
[ ] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
[ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

**For Joint Debtor, if applicable:**

[ ] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
[ ] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
[ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

Dated: 2/13/2020　　　　　　　　　　　　　/s/ Robert L. Crowley
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　or Debtor if not represented by an attorney


　　　　　　　　　　　　　　　　　　　　　Joint Debtor if not represented by an attorney

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| LDX | 023305 | 120100 | LKSDE | 0000060004 | 1 |

076-0003

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 01/26/2020 |
| Period Ending: | 02/01/2020 |
| Pay Date: | 02/07/2020 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0,Tax Blocked
   WI: 3,Tax Blocked

DEANNA R ANDREWS
2113-B N. 11TH ST.
MILWAUKEE WI 53205

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 7.83 | 117.45 | 2,933.35 |
| Hts Hourly | 20.0000 | 32.17 | 643.40 | |
| Hts Ot | 20.0000 | 2.60 | 52.00 | 363.90 |
| Hts Ot | | | 26.00 | |
| Nr Dr Meeting | | | | 9.50 |
| Nr Trainer | | | | 18.00 |
| **Gross Pay** | | | **$838.85** | 3,324.75 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -52.00 | 206.13 |
| | Medicare Tax | -12.16 | 48.21 |
| | **Other** | | |
| | Life Ins Post | -6.92 | 27.68 |
| | 401K | -8.39* | 77.89 |
| | 401K Loan 1 | -19.95 | 79.80 |
| | Miscgarnrefund | | -100.00 |
| | **Net Pay** | **$739.43** | |
| | Checking 1 | -739.43 | |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Hoursworked Act | 42.60 | |
| Match | 4.20 | 38.95 |

| **Earnings by Job** | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
| Hts Hourly | 15.0000 | 7.83 | 117.45 |
| Hts Hourly | 20.0000 | 32.17 | 643.40 |
| Hts Ot | | | 26.00 |
| Hts Ot | 20.0000 | 2.60 | 52.00 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $830.46

© 2000 ADP, LLC

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

| Advice number: | 00000060004 |
|---|---|
| Pay date: | 02/07/2020 |

Deposited to the account of
DEANNA R ANDREWS



| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7711 | xxxx xxxx | $739.43 |

# NON-NEGOTIABLE

Case 20-21089-gmh    Doc 11    Filed 02/13/20    Page 2 of 8

# Earnings Statement

**ADP**

| CO. FILE DEPT. CLOCK VCHR. NO. |
|---|
| LDX  023305  120100  LKSDE  0000050004  1 |

076-0003

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Period Beginning: 01/19/2020
Period Ending: 01/25/2020
Pay Date: 01/31/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, Tax Blocked
  WI: 3, Tax Blocked

DEANNA R ANDREWS
2113-B N. 11TH ST.
MILWAUKEE WI 53205

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 6.27 | 94.05 | 2,172.50 |
| Hts Hourly | 20.0000 | 28.53 | 570.60 | |
| Nr Dr Meeting | 9.5000 | 1.00 | 9.50 | 9.50 |
| Hts Ot | | | | 285.90 |
| Nr Trainer | | | | 18.00 |
| **Gross Pay** | | | **$674.15** | 2,485.90 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -41.80 | 154.13 |
| Medicare Tax | -9.78 | 36.05 |

**Other**

| | this period | year to date |
|---|---|---|
| Life Ins Post | -6.92 | 20.76 |
| 401K | -6.74* | 69.50 |
| 401K Loan 1 | -19.95 | 59.85 |
| Miscgarnrefund | | -100.00 |
| **Net Pay** | **$588.96** | |
| Checking 1 | -588.96 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $667.41

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Hoursworked Act | 35.80 | |
| Match | 3.37 | 34.75 |

### Earnings by Job

| | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
| Hts Hourly | 15.0000 | 6.27 | 94.05 |
| Hts Hourly | 20.0000 | 28.53 | 570.60 |
| Nr Dr Meeting | 9.5000 | 1.00 | 9.50 |

© 2000 ADP, LLC

---

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Advice number: 00000050004
Pay date: 01/31/2020

Deposited to the account of
DEANNA R ANDREWS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx7711 | xxxx xxxx | $588.96 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
| LDX | 023305 | 120100 | LKSDE | 0000040004 | 1 |

074-0003

# Earnings Statement

**ADP**

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Period Beginning: 01/12/2020
Period Ending: 01/18/2020
Pay Date: 01/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0,Tax Blocked
  WI: 3,Tax Blocked

DEANNA R ANDREWS
2113-B N. 11TH ST.
MILWAUKEE WI 53205

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 6.68 | 100.20 | 1,507.85 |
| Hts Hourly | 20.0000 | 33.32 | 666.40 | |
| Hts Ot | 20.0000 | 5.08 | 101.60 | 285.90 |
| Hts Ot | | | 50.80 | |
| Nr Trainer | | | | 18.00 |
| **Gross Pay** | | | **$919.00** | 1,811.75 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -56.98 | 112.33 |
| Medicare Tax | | -13.33 | 26.27 |
| **Other** | | | |
| Life Ins Post | | -6.92 | 13.84 |
| 401K | | -9.19* | 62.76 |
| 401K Loan 1 | | -19.95 | 39.90 |
| Miscgarnrefund | | | -100.00 |
| **Net Pay** | | **$812.63** | |
| Checking 1 | | -812.63 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hoursworked Act | 45.08 | |
| Match | 4.60 | 31.38 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
| Hts Hourly | 15.0000 | 6.68 | 100.20 |
| Hts Hourly | 20.0000 | 33.32 | 666.40 |
| Hts Ot | | | 50.80 |
| Hts Ot | 20.0000 | 5.08 | 101.60 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $909.81

© 2000 ADP, LLC

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Advice number: 00000040004
Pay date: 01/24/2020

Deposited to the account of
DEANNA R ANDREWS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7711 | xxxx xxxx | $812.63 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| LDX | 023305 | 120100 | LKSDE | 0000030004 |

075-0003

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

# Earnings Statement

![ADP]

Period Beginning: 01/05/2020
Period Ending: 01/11/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0,Tax Blocked
  WI: 3,Tax Blocked

DEANNA R ANDREWS
2113-B N. 11TH ST.
MILWAUKEE WI 53205

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 5.75 | 86.25 | 741.25 |
| Hts Hourly | 20.0000 | 32.75 | 655.00 | |
| Hts Ot | 20.0000 | 4.45 | 89.00 | 133.50 |
| Hts Ot | | | 44.50 | |
| Nr Trainer | 12.0000 | 1.50 | 18.00 | 18.00 |
| **Gross Pay** | | | **$892.75** | 892.75 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -55.35 | 55.35 |
| Medicare Tax | -12.94 | 12.94 |

Other
| | | |
|---|---|---|
| Life Ins Post | -6.92 | 6.92 |
| 401K | -53.57* | 53.57 |
| 401K Loan 1 | -19.95 | 19.95 |
| Miscgarnrefund | | -100.00 |

Adjustment
| | | |
|---|---|---|
| Miscgarnrefund | +100.00 | |

**Net Pay**    **$844.02**
Checking 1    -844.02
**Net Check**    **$0.00**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hoursworked Act | 44.45 | |
| Match | 26.78 | 26.78 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
| Hts Hourly | 15.0000 | 5.75 | 86.25 |
| Hts Hourly | 20.0000 | 32.75 | 655.00 |
| Hts Ot | | | 44.50 |
| Hts Ot | 20.0000 | 4.45 | 89.00 |
| Nr Trainer | 12.0000 | 1.50 | 18.00 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $839.18

© 2000 ADP, LLC

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Advice number: 00000030004
Pay date: 01/17/2020

Deposited to the account of
DEANNA R ANDREWS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx7711 | xxxx xxxx | $844.02 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LDX | 023305 | 120100 | LKSDE | 0000520004 | 1 |

070-0003

# Earnings Statement

![ADP]

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Period Beginning: 12/15/2019
Period Ending: 12/21/2019
Pay Date: 12/27/2019

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0,Tax Blocked
   WI: 3,Tax Blocked

DEANNA R ANDREWS
2113-B N. 11TH ST.
MILWAUKEE WI 53205

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 4.70 | 70.50 | 24,179.32 |
| Hts Hourly | 20.0000 | 31.73 | 634.60 | |
| Hts Ot | | | | 1,050.80 |
| Nr Dr Meeting | | | | 102.13 |
| Nr Dry Run | | | | 42.94 |
| Nr Overtime | | | | 6.88 |
| Nr Trainer | | | | 5.04 |
| **Gross Pay** | | | **$705.10** | 25,387.11 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hoursworked Act | 36.43 | |
| Match | 21.15 | 759.13 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
| Hts Hourly | 15.0000 | 4.70 | 70.50 |
| Hts Hourly | 20.0000 | 31.73 | 634.60 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -43.72 | 1,574.00 |
| Medicare Tax | | -10.22 | 368.11 |
| Federal Income Tax | | | 385.54 |
| **Other** | | | |
| Bankruptcy | | -100.00 | 4,274.75 |
| Life Ins Post | | -6.92 | 242.20 |
| 401K | | -42.31* | 1,518.39 |
| 401K Loan 1 | | -19.95 | 837.90 |
| **Net Pay** | | **$481.98** | |
| Checking 1 | | -481.98 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $662.79

© 2000 ADP, LLC

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

Advice number: 00000520004
Pay date: 12/27/2019

Deposited to the account of
DEANNA R ANDREWS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7711 | xxxx xxxx | $481.98 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

Case 20-21089-gmh   Doc 11   Filed 02/13/20   Page 6 of 8

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LDX | 023305 | 120100 | LKSDE | 0000510004 | 1 |

070-0003

# Earnings Statement

**ADP**

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

| | |
|---|---|
| Period Beginning: | 12/08/2019 |
| Period Ending: | 12/14/2019 |
| Pay Date: | 12/20/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:     0,Tax Blocked
   WI:     3,Tax Blocked

**DEANNA R ANDREWS**
**2113-B N. 11TH ST.**
**MILWAUKEE WI 53205**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 4.70 | 70.50 | 23,474.22 |
| Hts Hourly | 20.0000 | 35.30 | 706.00 | |
| Hts Ot | 20.0000 | 1.33 | 26.60 | 1,050.80 |
| Hts Ot | | | | 13.30 |
| Nr Dr Meeting | | | | 102.13 |
| Nr Dry Run | | | | 42.94 |
| Nr Overtime | | | | 6.88 |
| Nr Trainer | | | | 5.04 |
| **Gross Pay** | | | **$816.40** | 24,682.01 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -50.61 | 1,530.28 |
| | Medicare Tax | -11.84 | 357.89 |
| | Federal Income Tax | | 385.54 |
| | **Other** | | |
| | Bankruptcy | -100.00 | 4,174.75 |
| | Life Ins Post | -6.92 | 235.28 |
| | 401K | -48.98* | 1,476.08 |
| | 401K Loan 1 | -19.95 | 817.95 |
| | **Net Pay** | **$578.10** | |
| | Checking 1 | -578.10 | |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Hoursworked Act | 41.33 | |
| Match | 24.49 | 737.98 |

| **Earnings by Job** | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
|   Hts Hourly | 15.0000 | 4.70 | 70.50 |
|   Hts Hourly | 20.0000 | 35.30 | 706.00 |
|   Hts Ot | | | 13.30 |
|   Hts Ot | 20.0000 | 1.33 | 26.60 |

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $767.42

© 2000 ADP, LLC

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

| | |
|---|---|
| **Advice number:** | **00000510004** |
| Pay date: | 12/20/2019 |

**Deposited to the account of**
**DEANNA R ANDREWS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx7711 | xxxx xxxx | $578.10 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

Case 20-21089-gmh    Doc 11    Filed 02/13/20    Page 7 of 8

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LDX | 023305 | 120100 | LKSDE | 0000500004 | 1 |

072-0003

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

# Earnings Statement 

| Period Beginning: | 12/01/2019 |
|---|---|
| Period Ending: | 12/07/2019 |
| Pay Date: | 12/13/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0,Tax Blocked
   WI: 3,Tax Blocked

**DEANNA R ANDREWS**
**2113-B N. 11TH ST.**
**MILWAUKEE WI 53205**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hts Hourly | 15.0000 | 7.38 | 110.70 | 22,697.72 |
| Hts Hourly | 20.0000 | 32.62 | 652.40 | |
| Hts Ot | 20.0000 | 3.85 | 77.00 | 1,010.90 |
| Hts Ot | | | | 38.50 |
| Nr Dr Meeting | | | | 102.13 |
| Nr Dry Run | | | | 42.94 |
| Nr Overtime | | | | 6.88 |
| Nr Trainer | | | | 5.04 |
| **Gross Pay** | | | **$878.60** | 23,865.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -54.48 | 1,479.67 |
| | Medicare Tax | -12.74 | 346.05 |
| | Federal Income Tax | | 385.54 |
| | **Other** | | |
| | Bankruptcy | -100.00 | 4,074.75 |
| | Life Ins Post | -6.92 | 228.36 |
| | 401K | -52.72* | 1,427.10 |
| | 401K Loan 1 | -19.95 | 798.00 |
| | **Net Pay** | **$631.79** | |
| | Checking 1 | -631.79 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hoursworked Act | 43.85 | |
| Match | 26.36 | 713.49 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
|  Hts Hourly | 15.0000 | 7.38 | 110.70 |
|  Hts Hourly | 20.0000 | 32.62 | 652.40 |
|  Hts Ot | | | 38.50 |
|  Hts Ot | 20.0000 | 3.85 | 77.00 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $825.88

© 2000 ADP, LLC

LAKESIDE BUSES
1701-6 PEARL STREET
WAUKESHA, WI 53186

**Advice number:** 00000500004
**Pay date:** 12/13/2019

**Deposited to the account of**
**DEANNA R ANDREWS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx7711 | xxxx xxxx | $631.79 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

Case 20-21089-gmh    Doc 11    Filed 02/13/20    Page 8 of 8