UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Deanna R. Andrews

Case No.:
Chapter: **Chapter 13**
Judge:
Trustee:

## AFFIDAVIT REGARDING CHANGE IN CIRCUMSTANCES

I, Deanna R. Andrews, being duly sworn on oath, state as follows:

1. I previously filed bankruptcy case 14-21468 under Chapter 13 on February 17, 2014.

2. My previous case was involuntarily dismissed on December 2, 2019

3. My prior case was dismissed for failing to make the necessary Plan payments in the maximum time allowable.

4. In my prior case, I fell behind in my payments and I was unable to increase my Plan payments to pay my Plan in the maximum time allowable.

5. In my current case, I have been assigned a new driving route. The new route pays more and I am now better able to afford the Plan payments to allow me to complete the Plan in time.

6. I consent to a payroll order in our current case to ensure our plan is successful.

7. I propose my Chapter 13 plan in good faith.

Dated this Tuesday, February 11, 2020.

By: _Deanna R. Andrews_
Deanna R. Andrews
Debtor

Subscribed and sworn before me this
11th day of February, 2019.

_Lisa Lynn Maurer_
Notary Public
State of Wisconsin
My commission is permanent

Rec. No: «c_recordno»
WD - MOT - Affidavit RE CIC