

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 14, 2020

G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re | Chapter 13 |
|---|---|
| DEANNA RENEE ANDREWS | Case No. 20-21089-GMH |
| Debtor. | |

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Objection to Confirmation may be overruled on the following terms:

> On or before June 5, 2020, the Debtor shall file an Amended Schedule I to reduce the retirement deduction by approximately $232.00 per month.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is overruled.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com